Dismissed and Opinion Filed November 24, 2015



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00636-CV

## IN THE INTEREST OF M.A.A., A CHILD

**On Appeal from the 382nd Judicial District Court
Rockwall County, Texas
Trial Court Cause No. 1-15-76**

## MEMORANDUM OPINION
Before Justices Francis, Evans, and Stoddart
Opinion by Justice Francis

This is an appeal from the trial court's April 28, 2015 and June 10, 2015 orders denying appellant's motions to recuse the trial judge. Because no final judgment has been entered, and an order denying a motion to recuse is appealable only upon final judgment, we directed appellant to file a letter brief addressing our jurisdiction. *See* TEX. R. CIV. P. 18a(j)(1)(A); *Ogletree v. Matthews*, 262 S.W.3d 316, 319 n.1 (Tex. 2007) ("Texas appellate courts have jurisdiction only over final orders or judgments unless a statute permits an interlocutory appeal."). Although appellant complied, she has failed to show the Court has jurisdiction over the appeal. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

150363F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE

RECEIVED IN
COURT OF APPEALS, 5th DIST.

DEC 1 1 2015

LISA MATZ
CLERK, 5th DISTRICT



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

IN THE INTEREST OF M.A.A., A CHILD

No. 05-15-00636-CV

On Appeal from the 382nd Judicial District Court, Rockwall County, Texas
Trial Court Cause No. 1-15-76.
Opinion delivered by Justice Francis.
Justices Evans and Stoddart participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** appellees David Rohlf, Michael Goodman, James Andrew Aikens, Nancy Aikens, Gary Arey, Susan Wright, Ann Marie Jordan, Shawn Richards, Carece Buraqck, Breena Nichols Rhodes, and Matthew Joseph Aikens recover their costs, if any, of this appeal from appellant Sherry Rhodes.

Judgment entered November 24, 2015.

Order entered November 24, 2015



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00636-CV

## IN THE INTEREST OF M.A.A., A CHILD

On Appeal from the 382nd Judicial District Court
Rockwall County, Texas
Trial Court Cause No. 1-15-76

## ORDER

In light of the Court's opinion of this date, we **DENY** all pending motions as moot.

/s/    MOLLY FRANCIS
         JUSTICE



**Court of Appeals**
**Fifth District of Texas at Dallas**
George L. Allen Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas 75202

N TEXAS
DALLAS 750
25 NOV '15
PM 9 L



UNITED STATES POSTAGE
PITNEY BOWES
$ 000.48⁵
02 1P
0000856274    NOV 24 2015
MAILED FROM ZIP CODE 75201



CASE: 05-15-00636-CV
MATT
#19818



NIXIE        711    5C 1            0012/02/15
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
RC: 7520765315R        *1834-00337-25-45